

**Jakob B. Halpern**
**973.622.8394**
**jhalpern@saiber.com**

April 18, 2025

**BY ECF**

Honorable Lewis J. Liman, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

> **Re:    Yuhuanhongshengmaoyiyouxiangongsi v. dbest products, Inc.**
> **Civil Action No. 24-10019 (LJL)**

Dear Judge Liman,

This firm represents defendant dbest products, Inc. ("dbest") in this matter.  Pursuant to Your Honor's Individual Practice 1(D), we write to respectfully request that the Court adjourn the Rule 16 Initial Conference in this matter,[1] which is currently scheduled on April 28, 2025 at 11:00 a.m. before Your Honor, until after Defendant's intended Motion to Dismiss is decided.  Plaintiff has consented to this adjournment.

Good cause exists for this relief.  As background, dbest was only recently served with the Complaint and its deadline to answer, move or otherwise respond to same is not until May 27, 2025.  (ECF No. 14.)  At that time, dbest plans to move to dismiss Plaintiff's Complaint (ECF No. 17) for at least lack of personal jurisdiction, improper venue, lack of antitrust standing (regarding claim 3), and failure to state a claim on claims 2 (declaratory judgment of invalidity), 3 (antitrust) and 4 (tortious interference with business relations).  Addressing the viability of these claims at the outset of the case will provide valuable guidance on the contours of the dispute, and if dismissal is granted, it will either remove the matter from this Court's docket or, at a minimum, result in significant limitations on what would otherwise be included in relevant discovery.  Thus, it would be helpful to address these items in advance of the entry of a Scheduling Order and commencement of discovery, but at this time, the deadline to submit a Joint Discovery Plan and Proposed Case Management is this Monday, April 21, 2025, and the initial conference is scheduled on April 28 (ECF No. 13), long before dbest's Motion to Dismiss will be filed or decided.  Moreover, dbest has reached out to Plaintiff regarding preparation of the Joint Discovery Plan, but as of this time Plaintiff has not provided a draft for consideration.

---

[1] This is the first request to adjourn the initial conference.

Saiber LLC • 18 Columbia Turnpike, Suite 200 • Florham Park, New Jersey • 07932-2266 • Tel 973.622.3333 • Fax 973.622.3349 • www.saiber.com
Florham Park  •  Newark  •  New York  •  Philadelphia

Honorable Lewis J. Liman, U.S.D.J.
April 18, 2025
Page 2

In light of this background, Dbest respectfully submits that it would be most efficient to adjourn the Rule 16 conference, and Joint Discovery Plan submission deadline, until after its Motion to Dismiss is decided by the Court.

We thank the Court for its consideration and assistance in this matter.

Respectfully submitted,

/s Jakob B. Halpern

JAKOB B. HALPERN

JBH/sr

cc:    All counsel of record (by ECF)