IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YUHUANHONGSHENGMAOYIYOUXIANGONGSI A/K/A AOCOOM,<br><br>     Plaintiff,<br><br>     v.<br><br>DBEST PRODUCTS, INC.,<br><br>     Defendant. | Civil Action No. 24-CV-10019-CS |

**ORDER DISMISSING ACTION ON STIPULATION
TO DISMISS WITH PREJUDICE**

The Court, having been advised by the parties that this action has been resolved by a Joint Stipulation of Dismissal with Prejudice, hereby ORDERS as follows:

- The above captioned action and all claims asserted by the parties are hereby dismissed with prejudice; and
- All proceedings in the case, including the pending motion to dismiss, are vacated and taken off calendar.

IT IS SO ORDERED.

Dated: \_\_\_\_September 2\_\_\_\_, 2025

_____
Hon. Cathy Seibel
United States District Court
Southern District of New York

The Clerk shall close the case.